## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07cv7017
Judge HIBBLER
Mag. Judge MASON

In the Matter of                                            Case Number:

Command Management Services, Inc. v. Wyndham Hotels and Resorts, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Command Management Services, Inc.

**FILED**
J.N  DEC 1 3 2007     DEC 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Ronald A. Damashek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Ronald Damashek* | |
| FIRM <br> Stahl Cowen Crowley LLC | |
| STREET ADDRESS <br> 55 W. Monroe, Suite 1200 | |
| CITY/STATE/ZIP <br> Chicago IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183820 | TELEPHONE NUMBER <br> 312/641-0060 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐