## United States District Court for the Northern District of Illinois

Case Number: 07CV7017   Assigned/Issued By: J. N.

Judge Name: HIBBLER   Designated Magistrate Judge: MASON

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1115882

Date Payment Rec'd: 12-13-07   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                             [ ] Alias Summons
[ ] Third Party Summons                 [ ] Lis Pendens
[ ] Non Wage Garnishment Summons        [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons  _____
[ ] Citation to Discover Assets         (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

6 Original and 6 copies on 12-13-07 as to WYNDHAM O'HARE; MEHP
                          (Date)
O'HARE MANAGEMENT, INC.;MEHP O'HARE LLC;WYNDHAM HOTEL MANAGEMENT INC.;
WYNDHAM WORLDWIDE OPERATIONS, INC.;WYNDHAM HOTELS & RESORTS, LLC

C:\wpwin80\docket\feeinfo.frm    03/14/05