IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2007 – C – 7017 |
| vs. | ) ) | |
| WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation, MEHP O'HARE, LLC, a Delaware limited liability company, MEHP O'HARE MANAGEMENT, INC., a Delaware corporation, and WYNDHAM O'HARE, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

I, IAN K. LINNABARY, of the law firm of Reno & Zahm LLP hereby enter my appearance

as counsel for the Defendant, WYNDHAM O'HARE, in the above titled case.

Dated this 2nd day of January, 2008.

Defendant, WYNDHAM O'HARE, by its attorneys, Reno & Zahm LLP

RENO & ZAHM LLP
By: Ian K. Linnabary, Esq. (#6277908)
2902 McFarland Road, Suite 400            By:  _____/s/ Ian K. Linnabary_____
Rockford, IL 61107                                          Ian K. Linnabary, Esq.
Ph.  (815) 987-4050
Fax (815) 987-4092

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing **Notice of Appearance** was served electronically upon the registered CM/ECF users as reflected on the Notice of Electronic Filing on the 2nd day of January, 2008.


/s/ Ian K. Linnabary
Ian K. Linnabary, Esq.


RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph. (815) 987-4050
Fax (815) 987-4092