IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2007 – C – 7017 |
| vs. | ) ) | |
| WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation, MEHP O'HARE, LLC, a Delaware limited liability company, MEHP O'HARE MANAGEMENT, INC., a Delaware corporation, and WYNDHAM O'HARE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    All Counsel of Record

YOU ARE HEREBY NOTIFIED that on **Tuesday, January 8, 2008**, at **9:30 a.m.**, I shall appear before the Honorable Judge William J. Hibbler, or any judge sitting in his stead, in Courtroom 1225 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's **Motion for Enlargement of Time to Respond to Plaintiff's Complaint,** a copy of which is attached hereto and hereby served upon you.

Dated this 2nd day of January, 2008.

Defendant, WYNDHAM O'HARE, by its attorneys, Reno & Zahm LLP

RENO & ZAHM LLP
By: Ian K. Linnabary, Esq. (#6277908)
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph.  (815) 987-4050
Fax (815) 987-4092

By:    /s/ Ian K. Linnabary
         Ian K. Linnabary, Esq.

## <u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, hereby certify that a copy of the foregoing **Notice of Motion and Motion for Enlargement of Time to Respond to Plaintiff's Complaint** was served electronically upon the registered CM/ECF users as reflected on the Notice of Electronic Filing on the 2nd day of January, 2008.


                            /s/ Ian K. Linnabary
                              Ian K. Linnabary, Esq.


RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph. (815) 987-4050
Fax (815) 987-4092