IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, </br></br>   Plaintiff, </br></br> vs. </br></br> WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation, MEHP O'HARE, LLC, a Delaware limited liability company, MEHP O'HARE MANAGEMENT, INC., a Delaware corporation, and WYNDHAM O'HARE, </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No.: 2007 – C – 7017 |

## NOTICE OF MOTION

TO:   All Counsel of Record

   YOU ARE HEREBY NOTIFIED that on **Wednesday, January 9, 2008**, at **9:30 a.m.**, I shall appear before the Honorable Judge William J. Hibbler, or any judge sitting in his stead, in Courtroom 1225 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint,** a copy of which is attached hereto and hereby served upon you.

   Dated this 4th day of January, 2008.

                              Defendants, MEHP O'HARE, LLC, a Delaware limited
                              liability company, and MEHP O'HARE
                              MANAGEMENT, INC., a Delaware corporation, by
                              their attorneys, Reno & Zahm LLP

RENO & ZAHM LLP
By: Ian K. Linnabary, Esq. (#6277908)
2902 McFarland Road, Suite 400          By:    /s/ Ian K. Linnabary
Rockford, IL 61107                                   Ian K. Linnabary, Esq.
Ph. (815) 987-4050
Fax (815) 987-4092

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a copy of the foregoing **Notice of Motion and Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint** was served electronically upon the registered CM/ECF users as reflected on the Notice of Electronic Filing on the 4th day of January, 2008.

               /s/ Ian K. Linnabary
               Ian K. Linnabary, Esq.


RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph. (815) 987-4050
Fax (815) 987-4092