IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Plaintiff, | ) ) Case No.: 2007 – C – 7017 |
| vs. | ) ) |
| WYNDHAM HOTELS AND RESORTS, LLC, a Delaware limited liability company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware corporation, MEHP O'HARE, LLC, a Delaware limited liability company, MEHP O'HARE MANAGEMENT, INC., a Delaware corporation, and WYNDHAM O'HARE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Hon. William J. Hibbler

Magistrate Judge Michael Mason

**AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Wyndham Hotel and Resorts, LLC, Wyndham Hotel Management, Inc., and Wyndham Worldwide Operations, Inc. (collectively, the "Wyndham Hotel & Resorts Defendants") respectfully move this Court for entry of an order extending their time to answer or otherwise plead in response to Plaintiff's complaint to February 4, 2008. In support of this agreed motion, the Wyndham Hotel & Resorts Defendants state as follows:

1.  Plaintiff filed this action on December 13, 2007. The Wyndham Hotel & Resort Defendants were served on December 20, 2007, and their responsive pleadings currently are due on January 9, 2008.

2. These defendants have retained counsel at the law firm of Schiff Hardin LLP to represent them in this litigation, and their counsel are in the process of investigating the matter in order to prepare response but require additional time to do so. Accordingly, the Wyndham Hotel & Resorts Defendants seek an extension of time to answer or otherwise plead in response to the Plaintiff's complaint. This request is made in good faith and not for purposes of delay, and Plaintiff's counsel has informed counsel for these defendants that Plaintiff has no objection to the relief sought in this Motion.

WHEREFORE, defendants Wyndham Hotel and Resorts, LLC, Wyndham Hotel Management, Inc., and Wyndham Worldwide Operations, Inc. respectfully request that this Court extend their time to answer or otherwise plead in response to Plaintiff's complaint through and including February 4, 2008.

Dated: January 8, 2008

        Respectfully submitted,

        WYNDHAM HOTEL AND RESORTS, LLC,
        WYNDHAM HOTEL MANAGEMENT, INC.,
        and WYNDHAM WORLDWIDE OPERATIONS, INC.


        s/Robin M. Spencer
        One of its Attorneys

Robin M. Spencer
Mark E. Ashton
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
rspencer@schiffhardin.com
mashton@schiffhardin.com

## **CERTIFICATE OF SERVICE**

I, Robin M. Spencer, an attorney, hereby certify that on January 8, 2008, I caused the electronic filing of the foregoing **NOTICE OF AGREED MOTION and AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Andrew H. Eres | Ian K. Linnaberry |
| Ronald A. Damashek | Reno & Zahm LLP |
| Angelique Palmer | 2902 McFarland Road, Suite 400 |
| Stahl Cowen Crowley LLC | Rockford, IL 61107 |
| 55 West Monroe St., Suite 1200 | (815) 987-4050 |
| Chicago, IL 60603 | ikl@renozahm.com |
| (312) 641-0060 | |
| aeres@stahlcowen.com | |
| rdamashek@stahlcowen.com | |
| apalmer@stahlcowen.com | |

                                                                    s/Robin M. Spencer
                                                                    Robin M. Spencer

CH1\5408623.1