IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) Case No. 07-cv-7017 |
| Plaintiff, | ) ) |
| v. | ) ) |
| WYNDHAM HOTELS AND RESORTS, LLC, et al., | ) ) ) Hon. William J. Hibbler |
| Defendants. | ) Magistrate Judge Michael Mason ) |

## NOTICE OF AGREED MOTION

TO:   Counsel on Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, January 15, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler, or any other judge sitting in his stead in Room 1225 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present **Agreed Motion to for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Dated:  January 8, 2008

                                            Respectfully submitted,

                                            WYNDHAM HOTEL AND RESORTS, LLC,
                                            WYNDHAM HOTEL MANAGEMENT, INC.,
                                            and WYNDHAM WORLDWIDE OPERATIONS,
                                            INC.

                                                   s/Robin M. Spencer
                                            One of its Attorneys

Robin M. Spencer
Mark E. Ashton
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
rspencer@schiffhardin.com
mashton@schiffhardin.com

-2-

## CERTIFICATE OF SERVICE

I, Robin M. Spencer, an attorney, hereby certify that on January 8, 2008, I caused the electronic filing of the foregoing **NOTICE OF AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Andrew H. Eres | Ian K. Linnaberry |
| Ronald A. Damashek | Reno & Zahm LLP |
| Angelique Palmer | 2902 McFarland Road, Ste 400 |
| Stahl Cowen Crowley LLC | Rockford, IL 61107 |
| 55 West Monroe St., Suite 1200 | (815) 987-4050 |
| Chicago, IL 60603 | ikl@renozahm.com |
| (312) 641-0060 | |
| aeres@stahlcowen.com | |
| rdamashek@stahlcowen.com | |
| apalmer@stahlcowen.com | |

                                                 s/Robin M. Spencer
                                                    Robin M. Spencer