# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7017 | **DATE** | 1/9/2008 |
| **CASE TITLE** | Command Mgt Svcs vs. Wyndham Hotels, et al. | | |

**DOCKET ENTRY TEXT**

Defendants MEHP O'Hare, MEHP O'Hare Management, Inc. And Wyndham O'Hare's agreed motions for enlargement of time until 2/4/08 to respond to plaintiff's complaint is granted. Wyndham Hotel and Resorts Defendants' agreed motion, incorrectly noticed for 1/15/08, for extension of time until 2/4/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 2/20/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 2/15/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|