**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **COMMAND MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | |
| **An Oregon Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2007 C 7017** |
| **v.** | ) | |
| | ) | **Hon. William J. Hibbler** |
| **WYNDHAM HOTELS AND RESORTS, LLC, a Delaware Limited Liability Company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware Corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware Corporation, MEHP O'HARE, LLC, a Delaware Limited Liability Company, MEHP O'HARE MANAGEMENT, INC., a Delaware Corporation and WYNDHAM O'HARE,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Magistrate Judge Michael Mason** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS,**
**WYNDHAM HOTELS AND RESORTS, LLC, WYNDHAM HOTEL MANAGEMENT,**
**INC., AND WYNDHAM WORLDWIDE OPERATIONS, INC.**

Plaintiff, Command Management Services, Inc., by its attorneys, Andrew H. Eres, Ronald A. Damashek, and Angelique Palmer of Stahl Cowen Crowley Addis LLC, pursuant to FRCP 41(a)(1) and in reliance on the representations contained in the attached Affidavit of Marcus A. Banks, hereby voluntarily dismisses, without prejudice, Defendants, Wyndham Hotels and Resorts, LLC, Wyndham Hotel Management, Inc., and Wyndham Worldwide Operations, Inc.

Command Management Services, Inc.

By: s/ Andrew H. Eres
Andrew H. Eres, One of the Attorneys for
Plaintiff

Andrew H. Eres
Ronald A. Damashek
Angelique Palmer
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603
312-641-0060
ARDC No.: 6237032

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **COMMAND MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | |
| **An Oregon Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2007 C 7017** |
| **vi.** | ) | |
| | ) | **Hon. William J. Hibbler** |
| **WYNDHAM HOTELS AND RESORTS,** | ) | |
| **LLC, a Delaware Limited Liability** | ) | **Magistrate Judge Michael Mason** |
| **Company, WYNDHAM HOTEL** | ) | |
| **MANAGEMENT INC., a Delaware** | ) | |
| **Corporation, WYNDHAM** | ) | |
| **WORLDWIDE OPERATIONS, INC., a** | ) | |
| **Delaware Corporation, MEHP O'HARE,** | ) | |
| **LLC, a Delaware Limited Liability** | ) | |
| **Company, MEHP O'HARE** | ) | |
| **MANAGEMENT, INC., a Delaware** | ) | |
| **Corporation and WYNDHAM** | ) | |
| **O'HARE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants, Wyndham Hotels and Resorts, LLC, Wyndham Hotel Management, Inc., and Wyndham Worldwide Operations, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | | |
|---|---|---|
| Robin M. Spender | Mark E. Ashton | Ian K. Linnabary |
| Schiff Hardin LLP | Schiff Hardin LLP | Reno & Zahm LLP |
| 6600 Sears Tower | 6600 Sears Tower | 2902 McFarland Road, Suite 400 |
| Chicago, IL 60606 | Chicago, IL 60606 | Rockford, IL 61107 |

and I herby certify that on January 29, 2008, I mailed by United States Postal Service, the document (s) to the following non-registered participants: None.

Respectfully submitted,

s/ Andrew H. Eres

Andrew H. Eres, One of the attorneys for Plaintiff

Andrew H. Eres
Ronald A. Damashek
Angelique Palmer
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603
312-641-0060
ARDC No.: 6237032