IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC.<br>An Oregon Corporation<br><br>Plaintiff,<br><br>WYNDHAM HOTELS AND RESORTS, LLC, a Delaware Limited Liability Company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware Corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware Corporation, MEHP O'HARE, LLC, a Delaware Limited Liability Company, MEHP O'HARE MANAGEMENT, INC., a Delaware Corporation and WYNDHAM O'HARE<br><br>Defendants. | Case No. 07 cv 7017<br><br>Judge Hibbler<br>Magistrate Judge Mason |

## JOINT PROPOSED SCHEDULING ORDER

1. **Discovery**

   A. All disclosures required by Rule 26(a)(1) shall be made on or before February 29, 2008.

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before February 29, 2008.

   C. The cutoff of fact discovery is May 30, 2008.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before June 30, 2008.

   E. The parties may depose the other side's expert at any time prior to August 30, 2008.

F.	The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(c) at any time prior to August 30, 2008.

G.	The parties shall have until September 30, 2008 to depose the opposing party's rebuttal expert.

**2.	Motions**

Any dispositive motions to be filed on or before April 30, 2008. (Ordinarily this date will be 30 days following the close of fact discovery).

**3.	Final PreTrial Order and Conference**

The final pretrial order shall be filed on or before _____. (Ordinarily this date will be 90 days after the deadline for dispositive motions).

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference).

**4.	Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference).

**5.	Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

*JUDGE HIBBLER*
**United States District Judge**