MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7017 | DATE | 2/20/2008 |
| CASE TITLE | COMMAND MGT. SERVICES, INC. vs. MEHP O'HARE OPERATING, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/16/08 at 9:30 a.m. Defendants' counsel unable to appear. Plaintiff given leave to file an amended complaint adding MEHP O'Hare Operating, LLC instanter. Plaintiff voluntarily dismisses MEHP O'Hare LLC and MEHP O'Hare Mgt., Inc. without prejudice. Defendant's attorney given until 2/27/08 to file his appearance. Defendants given until 3/19/08 to answer or otherwise plead. Court adopts the proposed scheduling order as modified. Parties to comply with FRCP 26(a)(1) by 3/30/08. Amendments to pleadings and joinder of additional parties by 3/30/08. Fact discovery cut-off set for 5/30/08. Parties shall comply with FRCP 26(a)(2) by 6/30/08. Deposition of experts to be completed and rebuttal experts to be disclosed by 8//29/08. Filing of dispositive motions with supporting memoranda by 6/30/08. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:16

| | Courtroom Deputy Initials: | JHC |
|---|---|---|