*MHN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COMMAND MANAGEMENT SERVICES, INC.    An Oregon Corporation | ) ) ) ) | |
| Plaintiff, | ) ) ) ) ) | Case No. 07 cv 7017 |
| WYNDHAM HOTELS AND RESORTS, LLC, a Delaware Limited Liability Company, WYNDHAM HOTEL MANAGEMENT INC., a Delaware Corporation, WYNDHAM WORLDWIDE OPERATIONS, INC., a Delaware Corporation, MEHP O'HARE, LLC, a Delaware Limited Liability Company, MEHP O'HARE MANAGEMENT, INC., a Delaware Corporation and WYNDHAM O'HARE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Hibbler Magistrate Judge Mason |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on status, the Court having been fully advised, it is hereby Ordered:

1.   The Plaintiff, voluntarily dismisses MEHP O'Hare LLC, and MEHP O'Hare Management, Inc., without prejudice;

2.   Plaintiff is given leave to file a First Amended Complaint adding Defendant, MEHP O'Hare Operating, LLC, *instanter*;

3.   Counsel for MEHP O'Hare Operating, LLC, Ian Linnabary of Reno & Zahm, LLP, agrees to waive and accept service on behalf of MEHP O'Hare Operating, LLC, *instanter*, and shall file his appearance on or before __2/27/__, 2008.

4.   Defendants shall have until __3/19/08__, 2008 to answer or otherwise plead to Plaintiff's First Amended Complaint;

5.   Further status hearing on this matter is set for _____4/16/08_____.

**JUDGE HIBBLER**
**United States District Judge**

Dated: 2-20-08

Wm. J. Hibbler