IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 2007 – C – 7017 |
| vs. | ) ) |
| MEHP O'HARE OPERATING, LLC, d/b/a WYNDHAM O'HARE, | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

I, IAN K. LINNABARY, of the law firm of Reno & Zahm LLP hereby enter my appearance as counsel for the Defendant, MEHP O'HARE OPERATING, LLC, d/b/a WYNDHAM O'HARE, in the above titled case.

Dated this 29th day of February, 2008.

                                                Defendant, MEHP O'HARE OPERATING, LLC, d/b/a WYNDHAM O'HARE, by its attorneys, Reno & Zahm LLP

By:    /s/ Ian K. Linnabary
          Ian K. Linnabary, Esq.

RENO & ZAHM LLP
By: Ian K. Linnabary, Esq. (#6277908)
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph.  (815) 987-4050
Fax (815) 987-4092

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a copy of the foregoing **Notice of Appearance** was served electronically upon the registered CM/ECF users as reflected on the Notice of Electronic Filing on the 29th day of February, 2008.


                                               /s/ Ian K. Linnabary
                                                 Ian K. Linnabary, Esq.


RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
Ph. (815) 987-4050
Fax (815) 987-4092