IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC.<br>An Oregon Corporation<br><br>Plaintiff,<br><br>v.<br><br>MEHP O'HARE OPERATING, LLC,<br>d/b/a WYNDHAM O'HARE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07 cv 7017<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE OF
### PLAINTIFF COMMAND MANAGEMENT SERVICES, INC.'S
### INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL
### PROCEDURE 26(a)(1)

The undersigned hereby certifies that Command Management Services, Inc., served through undersigned counsel its Initial Disclosures Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) via first class U.S. Mail, postage prepaid, on the 31st day of March, 2008, on all parties of record.

Respectfully submitted,

COMMAND MANAGEMENT SERVICES, INC.

By: _____/s/ Angelique Palmer_____
        One of Its Attorneys

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Angelique Palmer (ARDC #6282041)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she served the **above-referenced documents**, by sending the same to the parties of record via electronic filing with the Clerk of the Court using the CM/ECF system before the hour of 5:00 p.m. on March 31, 2008.

/s/ Angelique Palmer
An Attorney for the Plaintiff
Command Management Services, Inc.