IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MEHP O'HARE OPERATING LLC d/b/a WYNDHAM O'HARE, <br><br> Defendant, <br>_____<br><br> MEHP O'HARE OPERATING LLC d/b/a WYNDHAM O'HARE, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, <br><br> Counter-Defendant. | Case No.: 2007 – C – 7017 |

## CERTIFICATE OF SERVICE OF DEFENDANT/COUNTER-PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

The undersigned hereby certifies that Defendant/Counter-Plaintiff, MEHP O'HARE OPERATING LLC d/b/a WYNDHAM O'HARE, served through its attorneys, Reno & Zahm LLP, its Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure via First Class U.S. Mail, postage prepaid on the 31st day of March, 2008, on all parties of record.

    Defendant/Counter-Plaintiff, MEHP O'HARE OPERATING LLC d/b/a WYNDHAM O'HARE, by its attorneys, Reno & Zahm LLP

RENO & ZAHM LLP
By: Ian K. Linnabary, Esq. (#6277908)
2902 McFarland Road, Suite 400    By:   /s/ Ian K. Linnabary
Rockford, IL 61107                                     Ian K. Linnabary, Esq.
Ph. (815) 987-4050
Fax (815) 987-4092
ikl@renozahm.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a copy of the foregoing **Certificate of Service of Defendant/Counter-Plaintiff's Rule 26 Initial Disclosures** was served electronically upon the registered CM/ECF users as reflected on the Notice of Electronic Filing on the 31st day of March, 2008.

                                              /s/ Ian K. Linnabary
                                                Ian K. Linnabary, Esq.