IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC.<br>An Oregon Corporation<br><br>Plaintiff,<br><br>MEHP O'HARE OPERATING, LLC,<br>d/b/a WYNDHAM O'HARE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07 cv 7017<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 16, 2008 at 9:30 a.m., we shall appear before the Honorable Judge William J. Hibbler in the courtroom usually occupied by him/her in Room 1225 of 219 S. Dearborn Street, Chicago, Illinois and then and there present Plaintiff/Counter-Defendants Motion to Dismiss Counterclaim, a copy of which is herewith electronically served upon you.

Respectfully submitted,

COMMAND MANAGEMENT
SERVICES, INC.

By:  /s/Angelique Palmer
    One of its attorneys

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Angelique Palmer (ARDC #6282041)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 641-0060
Facsimile:  (312) 641-6959

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that she served the **above-referenced documents**, by sending the same to the parties via electronic filing before the hour of 5:00 p.m. on April 8, 2008.