**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Command Management Services, Inc.
                                          Plaintiff,

v.                                                                Case No.: 1:07−cv−07017
                                                                       Honorable William J. Hibbler

MEHP O'Hare Operating, LLC, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 4/16/2008 and continued to 6/19/2008 at 09:30 AM. Counter−defendant's Motion to dismiss [31] is taken under advisement. Counter−plaintiffs to respond by 5/14/2008. Counter−defendant's reply due by 6/4/2008. Ruling by mail. Parties to submit a revised discovery schedule to the for entry by 4/11/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.