IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC. <br> An Oregon Corporation <br><br> Plaintiff, <br><br> MEHP O'HARE OPERATING, LLC, <br> d/b/a WYNDHAM O'HARE <br><br> Defendant. | Case No. 07 cv 7017 |

## AMENDED JOINT PROPOSED SCHEDULING ORDER

1.  **Discovery**

    A.  The cutoff of fact discovery is July 31, 2008.

    B.  The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before August 29, 2008.

    C.  The parties may depose the other side's expert at any time prior to October 31, 2008.

    D.  The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(c) at any time prior to November 28, 2008.

    E.  The parties shall have until December 31, 2008 to depose the opposing party's rebuttal expert.

2.  **Motions**

Any dispositive motions to be filed on or before August 29, 2008. (Ordinarily this date will be 30 days following the close of fact discovery).

*JUDGE HIBBLER*
**United States District Judge**