IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  No.   07 cv 7017 |
| MEHP O'HARE OPERATING LLC, d/b/a WYNDHAM O'HARE, | ) ) ) ) |
| Defendant. | ) ) |
| MEHP O'HARE OPERATING LLC, d/b/a WYNDHAM O'HARE, | ) ) ) |
| Counter-Plaintiff, | ) ) |
| vs. | ) ) |
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Counter-Defendant. | ) |

**NOTICE OF APPEARANCE**

On June 4, 2008, I electronically filed in the Northern District of Illinois my Appearance as additional counsel for COMMAND MANAGEMENT SERVICES, INC., a copy of which is electronically served upon you herewith.

                Respectfully submitted,

                COMMAND MANAGEMENT
                SERVICES, INC.

                By:   /s/Jeremy P. Kreger
                      One of its attorneys

1

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone:  (312) 641-0060
Facsimile:   (312) 641-6959

**CERTIFICATE OF SERVICE**

    Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served the **Appearance**, by sending the same to the parties via electronic filing before the hour of 5:00 p.m. on February 20, 2008.

Mark E. Ashton
Schiff Hardin LLP
233 South Wacker Drive, #6600
Chicago, Illinois 60606
mashton@schiffhardin.com

Ian K. Linnabary
Reno & Zahm, LLP
2902 McFarland Road, #400
Rockford, IL 61107
ikl@renozahm.com

                                                                             By:   /s/Jeremy P. Kreger
                                                                                   One of its attorneys

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone:  (312) 641-0060
Facsimile:   (312) 641-6959