IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No.   07 cv 7017 |
| MEHP O'HARE OPERATING LLC, d/b/a WYNDHAM O'HARE, | ) ) ) ) |
| Defendant. | ) ) |
| MEHP O'HARE OPERATING LLC, d/b/a WYNDHAM O'HARE, | ) ) ) |
| Counter-Plaintiff, | ) ) |
| vs. | ) ) |
| COMMAND MANAGEMENT SERVICES, INC., an Oregon corporation, | ) ) ) |
| Counter-Defendant. | ) |

## NOTICE OF FILING

On June 4, 2008, I electronically filed in the Northern District of Illinois the attached **PLAINTIFF/COUNTER-DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM**, a copy of which is electronically served upon you herewith.

Respectfully submitted,

COMMAND MANAGEMENT
SERVICES, INC.


By:   /s/Jeremy P. Kreger
      One of its attorneys

1

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone:  (312) 641-0060
Facsimile:   (312) 641-6959

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that he served the **PLAINTIFF/COUNTER-DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM**, by sending the same to the parties via electronic filing before the hour of 5:00 p.m. on June 4, 2008.

Mark E. Ashton
Schiff Hardin LLP
233 South Wacker Drive, #6600
Chicago, Illinois 60606
mashton@schiffhardin.com

Ian K. Linnabary
Reno & Zahm, LLP
2902 McFarland Road, #400
Rockford, IL 61107
ikl@renozahm.com

By: ___/s/Jeremy P. Kreger_____
One of its attorneys

Ronald A. Damashek (ARDC # 6183820)
Andrew H. Eres (ARDC #6237032)
Jeremy P. Kreger (ARDC # 6280403)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959