**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Command Management Services, Inc.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−07017
                                              Honorable William J. Hibbler

MEHP O'Hare Operating, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/19/2008 and continued to 8/5/2008 at 09:30 AM. The Court adopts the amended proposed discovery schedule as modified in open court. Fact discovery ordered closed by 7/31/2008. Parties shall comply with FRCP(26)(a)(2) by 8/29/08. Deposition of experts to be completed by 10/31/08. Parties shall comply with FRCP 26(a)(2) of rebuttal experts by 11/28/08. Deposition of rebuttal experts to be completed by 12/21/08. Dispositive motions with supporting memoranda due by 9/30/2008. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.