**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Command Management Services, Inc.
                                                Plaintiff,

v.                                                            Case No.: 1:07−cv−07017
                                                             Honorable William J. Hibbler

MEHP O'Hare Operating, LLC, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 8/5/2008. Defendants' counsel unable to appear. Plaintiff's request to extend fact discovery cut−off to 9/30/2008 is granted. Status hearing continued to 9/24/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.